UNITED STATES DISTRICT COURT
DISTRICT OF NEW JRESEY

ROBERT ABRAHAMS, d/b/a                    :
Technology Management Network,:
                                          :
            Plaintiff,                    : Civ. Action No.: 06-CV-4286(SRC)
                                          :
    against                               :
                                          :
HYGROSOL PHARMACEUTICAL CORP.             : NOTICE OF APPEARANCE
and SANFORD BOLTON,                       :
                                          :
            Defendants.                   :
                                          :

PLEASE TAKE NOTICE that Nagel Rice, LLP, attorneys for defendants, hereby adds the undersigned as an attorney who should be added to the e-filing list in this matter.

                              NAGEL RICE & MAZIE, LLP
                              Attorneys for Defendants


                              By:  _____/s/_____
                                   ANDREW L. O'CONNOR
                              aoconnor@nrmlaw.com

Dated: June 8, 2009