**LESLIE TRAGER**
**Attorney at Law**
**230 Park Avenue**
**New York, N.Y. 10169**

**telephone:**  E-mail: ltrager@earthlink.net  **telecopier:**
**212 721 1192**  **212 557 7559**

September 22, 2009

Hon. Michael A. Shipp
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ  07102


Re:  Abrahams v. Hygrosol Pharmaceutical Corp., Civ. No. 06-4286 (SRC MAS)

Dear Judge Shipp:

I have just been informed that the letter, which I submitted to you dated September 2, 2009 and docketed number 82 on the electronic filing, contains confidential information to Mutual Pharmaceutical Company.  Although the source of my information was from a publically available transcript in another case, apparently the transcript should not have been publically available.

I would therefore like to have this letter placed under seal and removed from the electronic filing.  I do not believe that any party to this litigation will be prejudiced by this.  Attached is the proposed order allowing for such removal.

Respectfully submitted,

S/_____
Leslie Trager

Filed electronically
cc: Bruce H. Nagel, Esq.
    Nagel Rice, LLP