UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ROBERT ABRAHAMS d/b/a Technology Management Network,

    Plaintiff,

Against

HYGROSOL PHARMACEUTICAL CORP. and SANFORD BOLTON,

    Defendants.

---

06 CV 4286 (SRC)(MAS)

NOTICE OF APPEAL

2009 OCT 13 A 9: 43
U.S. DISTRICT COURT

Notice is hereby given that Robert Abrahams d/b/a Technology Management Network, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 3rd Circuit from the final judgment entered in this action on the 21st day of September, 2009.

Dated: October 12, 2009

Samuel Feldman (SF 6704)
Orloff, Lowenbach Stifelman & Siegel, P.A.,
101 Eisenhower Parkway
Roseland, NJ 07068.
(973) 622-6200

and

Leslie Trager (LT 8995)
Attorney for plaintiff
230 Park Avenue
New York, NY 10169
(212) 721 1192

413265   10/12/2009